UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RALPH MCCLAIN,                          :
            Plaintiff                   :
                                        :
        v.                              :   CIVIL NO. 1:13-CV-2057
                                        :
CAPTAIN LEGGET, *et al.*,               :
            Defendants                  :
                                        :

*O R D E R*

AND NOW, this 28th day of August, 2013, upon consideration of the report

and recommendation of the magistrate judge (Doc. 4), filed August 1, 2013, to which no

objections were filed, and upon independent review of the record, it is ORDERED that:

1. The magistrate judge's report (Doc. 4) is adopted.

2. The clerk of court shall transfer this case to the United
States District Court for the Western District of Pennsylvania.


                            /s/ William W. Caldwell
                            William W. Caldwell
                            United States District Judge